UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. 1:10cv0343 (WOB-SKB)

ADAM S. MYERS                                               PETITIONER

VS.                                   <u>JUDGMENT</u>

WARDEN, Warren Correctional
Institution                                                 RESPONDENT

      Pursuant to the Order entered concurrently herewith, the Court being advised,

      **IT IS ORDERED AND ADJUDGED** that the within action be, and it hereby is, **dismissed**, with prejudice, and **stricken** from the docket of this Court.

      This 17th day of January, 2012.



Signed By:
<u>William O. Bertelsman</u>  WOB
United States District Judge

3